# Third District Court of Appeal
## State of Florida

Opinion filed March 6, 2024.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D23-1692
Lower Tribunal No. F05-295B
_____

**Peter Jay Cardenas,**
Appellant,

vs.

**The State of Flordia,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Michelle Delancy, Judge.

Peter Jay Cardenas, in proper person.

Ashley Moody, Attorney General, and Magaly Rodriguez, Assistant Attorney General, for appellee.

Before LOGUE, C.J., and LINDSEY and LOBREE, JJ.

PER CURIAM.

Affirmed.